# Third District Court of Appeal

## State of Florida

Opinion filed August 28, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0158
Lower Tribunal No. 21-15785
_____

**Citizens Property Insurance Corporation**,
Appellant,

vs.

**Martha Prol**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Link & Rockenbach, P.A., and Kara Rockenbach Link and Daniel M. Schwarz (West Palm Beach); Williams Leininger & Cosby, P.A., and James O. Williams and Morgan T. Gieser (North Palm Beach), for appellant.

The Law Firm of Arianna M. Mendez, PLLC, and Arianna M. Mendez; Cooke Carbonell LLP, and Jorge L. Carbonell, for appellee.

Before LOGUE, C.J., and EMAS and BOKOR, JJ.

PER CURIAM.

Affirmed. See Lazcar Int'l, Inc. v. Caraballo, 957 So. 2d 1191, 1192–93 (Fla. 3d DCA 2007) (noting that evidence supporting due diligence "must be sworn" and explaining that "[a]bsent competent substantial evidence of some exceptional circumstance explaining the delay" a party does not show due diligence as a matter of law where a sworn motion to vacate was filed six weeks after discovery of the default); see also Elliott v. Aurora Loan Servs., LLC, 31 So. 3d 304, 306 (Fla. 4th DCA 2010) (setting forth abuse of discretion standard).